IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU,

    Petitioner,                      No. CIV S-96-2152 LKK GGH P

    vs.

JAMES H. GOMEZ, et al.,

    Respondents.           ORDER

_____/

        On November 28, 2005, petitioner filed a document entitled "motion for injunction for the constant violations of the director level 'amended decision' case no. 9403327 that caused petitioner constant denial of parole/transfer pursuant to U.S. prisoner transfer treaty...." This habeas petition was denied on April 17, 1998 and judgment thereon entered. Petitioner's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure or the Rules Governing Habeas Corpus Cases. To the extent, therefore, that petitioner seeks injunctive relief in this court on the basis of the petition in this closed case, such a request must be disregarded.

        To the extent, however, that petitioner may be seeking the status of his 1998 appeal of the district court's denial, wherein the Ninth Circuit first affirmed the district court's judgment and then subsequently recalled its mandate "issued prematurely," the Clerk of the

1  Court is directed to forward his request for status, filed on December 28, 2005, to the Ninth

2  Circuit, along with a copy of this order.  (Although petitioner states that he is seeking the status

3  of the November 28, 2005 motion, the court construes it as a request for the status of his appeal

4  in this matter).

5              IT IS SO ORDERED.

6  DATED: 1/10/06                                      /s/ Gregory G. Hollows

7                                                                  GREGORY G. HOLLOWS
                                                                    UNITED STATES MAGISTRATE JUDGE

8  GGH:009
   bayr2152.58ggh