1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FIKRI  BAYRAMOGLU,

11             Petitioner,              No. CIV S-96-2152 LKK GGH P

12        vs.

13   JAMES H. GOMEZ, et al.,

14             Respondents.            ORDER

15   _____/

16             This petition for writ of habeas corpus was denied on April 17, 1998 and

17   judgment entered accordingly.  Petitioner's filing, entitled motion for injunction, filed on January

18   7, 2009, which appears to implicate his current conditions of confinement is wholly inapposite to

19   this closed case.  Therefore, this document will be placed in the file and disregarded.  Further, the

20   Clerk of the Court is to place any future filing by petitioner in this matter in the file but any such

21   filing will be disregarded and will not result in any further order from this court.

22             IT IS SO ORDERED.

23   DATED: January 20, 2009

24                                    /s/ Gregory G. Hollows

25                                    GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE
26

GGH:009/mp
bayr2152.158ggh